LOUISE H. SERVOSS and another, Appellants, *v.* WILMER S. WOOD and others, Executors of the Last Will and Testament of SILAS WOOD, Deceased, Respondents.

*Supplemental answer — statute of limitation — laches.*

Action commenced by plaintiff's testatrix, to have a conveyance of land made to defendant's testator, declared a mortgage. Pending a reference, all of the original plaintiffs and two of the defendants died. An amended supplemental complaint was served April 15, 1872, to which an answer was served May 7, 1872. This answer set up the statute of limitations. The original referee having died, the action was, by consent, again referred, and the trial commenced before the new referee. A motion was then made by plaintiffs, to have that portion of the amended answer, which set up the statute of limitations, stricken out. *Held,* that the motion was properly denied, on the ground of laches, a year and nine months having elapsed after service of the answer before making the motion.

APPEAL from an order denying a motion to strike out so much of the several answers of the defendants herein, as set up the statute of limitations.

*F. C. Cantine,* for the appellant.

*Flamen B. Candler,* for the respondent.

Opinion per *Curiam.*

Present, Davis, P. J., and Brady and Daniels, JJ.

Order affirmed, with costs.